**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-02077-WJM

RACHEL A. NICKELS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Vacating And Remanding The Decision Of The Commissioner Of Social Security, entered by the Honorable William J. Martínez, United States District Judge, on September 12, 2012,

IT IS ORDERED that the Commissioner's final decision is VACATED and the case is REMANDED for further proceedings consistent with the September 12, 2012 Order.

DATED at Denver, Colorado, this 17th day of September, 2012.

        FOR THE COURT:

        JEFFREY P. COLWELL, Clerk


        By: s/Edward P. Butler
            Edward P. Butler
            Deputy Clerk