# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Civil Action No. 11-cv-02077-WJM

RACHEL A. NICKELS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER GRANTING STIPULATED MOTION FOR AN AWARD OF ATTORNEY FEES

This matter is before the Court on the parties Stipulated Motion for an Award of Attorney Fees, filed December 12, 2012 (ECF No. 26). The Court having reviewed the Motion, the Court FINDS such fees reasonable and authorized by 28 U.S.C. § 2412 (2006), and hereby ORDERS as follows:

1. The Parties Stipulated Motion is GRANTED;
2. Defendant shall pay to Plaintiff reasonable attorney fees in the amount of $4500;
3. The EAJA fees will be paid to Plaintiff but are to be delivered to Plaintiff's attorney; and
4. Plaintiff's Motion for Attorney Fees (ECF No. 25) is DENIED as MOOT.

Dated this 13th day of December, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge